**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IDEA PUBLIC CHARTER SCHOOL** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>)<br>**THE DISTRICT OF COLUMBIA** )<br>)<br>)<br>**Defendant.** )<br>) | Civil Action No. 04-0493 (RCL) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, plaintiff's motion for Summary Judgment is DENIED and plaintiff's complaint is dismissed with prejudice. Judgment is hereby entered for the defendant, dismissing this case with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 21, 2005.